UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-61471-CIV-SMITH

NANA MENSAH,

    Plaintiff,
v.

LM GENERAL INSURANCE COMPANY,

    Defendant.
_____/

## ORDER SETTING CIVIL TRIAL DATE, PRETRIAL DEADLINES, AND REFERRAL TO MAGISTRATE JUDGE

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **December 6, 2021**. If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on November 30, 2021**. The parties shall adhere to the following schedule:

| # | Deadline | Date |
|---|---|---|
| 1. | Joinder of any additional parties and filing of motion to amend the pleadings by | **January 8, 2021** |
| 2. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **December 1, 2020** |
| 3. | Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **May 21, 2021** |
| 4. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **June 4, 2021** |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **June 18, 2021** |
| 6. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **June 1, 2021** |
| 7. | Fact discovery shall be completed by | **June 18, 2021** |
| 8. | Expert discovery shall be completed by | **June 30, 2021** |

| | |
|---|---:|
| 9. Mediation shall be completed by | **March 1, 2021** |
| 10. Dispositive motions, including summary judgment and *Daubert*, shall be filed by | **July 6, 2021** |
| 11. Deposition designations and counter designations shall be filed by | **September 7, 2021** |

The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. Failure to comply with the deadline and the meet and confer may result in objections being stricken or other appropriate sanctions.

| | |
|---|---:|
| 12. All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by | **November 5, 2021** |

Prior to filing any motions *in limine*, the parties shall meet and confer in a good faith effort to resolve any issues. If a party has multiple motions *in limine*, they shall be filed as a single omnibus motion. All motions *in limine* and the responses shall be limited to one page per issue. No replies shall be permitted.

| | |
|---|---:|
| 13. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | **November 5, 2021** |

When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction.

### REFERRAL TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 1 of the Magistrate Rules of the Southern District of Florida, **ALL NON-DISPOSITIVE PRETRIAL MOTIONS,** including all discovery and all motions for attorney's fees, costs, and sanctions, are **REFERRED (PTN)** to Magistrate Judge [**Valle/Louis/Matthewman**] for appropriate resolution.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 6th day of October, 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record