IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61471-CIV-SMITH

NANA MENSAH,

    Plaintiff,

v.

LM GENERAL INSURANCE COMPANY a/k/a LIBERTY MUTUAL,

    Defendant.

## PLAINTIFF NANA MENSAH'S
## FIRST AMENDED WITNESS LIST

**COMES NOW** the Plaintiff, NANA MENSAH, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 26(a)(3), hereby files his Witness List:

| No. | Name and Address of witness NANA MENSAH expects to present and call. | ADDRESS | Description of Witness |
|---|---|---|---|
| 1. | Plaintiff, NANA MENSAH | C/O Tucker Law 200 SE 6th Street, Suite 405 Fort Lauderdale, FL 33301 | Plaintiff to testify regarding liability, causation, and damages. |
| 2. | Corporate Representative of LM GENERAL INSURANCE COMPANY a/k/a LIBERTY MUTUAL | C/O Law Office of Ignacio M. Sarmiento PO BOX 7217 London, KY 40742 | Defendant anticipated to testify regarding liability |
| 3. | Dr. Patrick Tyrance, M.D. | 8333 W. McNab Road Ste. 128 Tamarac, FL 33321 | Plaintiff's treating orthopedic surgeon, hybrid expert, and retained expert; anticipated to testify as it relates to the Plaintiff regarding diagnosis, treatment, causation of injury, prognosis, symptoms, impairment, necessity and |

| | | | reasonableness of past and future medical care, medical bills, and economic damages (past and future) |
|---|---|---|---|
| 4. | Dr. Harry Cooper D.O. | 1250 East Hallandale Beach Boulevard Suite 700 Hallandale Beach, FL 33009 | Plaintiff's treating orthopedic physician, hybrid expert, and retained expert; anticipated to testify as it relates to the Plaintiff regarding diagnosis, treatment, causation of injury, prognosis, symptoms, impairment, necessity and reasonableness of past and future medical care, medical bills, and economic damages (past and future) |
| 5. | Dr. Michael Wilensky, M.D. | 18999 Biscayne Blvd. Suite 201 Aventura, FL 33180 | Plaintiff's treating physician, hybrid expert; anticipated to testify as it relates to the Plaintiff regarding diagnosis, treatment, causation of injury, prognosis, symptoms, impairment, necessity and reasonableness of past and future medical care, medical bills, and economic damages (past and future) |
| 6. | Dr. Roger Ramos M.D. | 18999 Biscayne Blvd. Suite 201 Aventura, FL 33180 | Plaintiff's treating Board Certified Radiologist; anticipated to testify as it relates to the Plaintiff regarding diagnosis, treatment, causation of injury, prognosis, symptoms, impairment, necessity and reasonableness of past and future medical care, medical bills, and economic damages (past and future) |
| 7. | Dr. Michael Garcon, D.C. | 18999 Biscayne Blvd. Suite 201 Aventura, FL 33180 | Plaintiff's treating physician, hybrid expert; anticipated to testify as it relates to the Plaintiff regarding diagnosis, treatment, causation of injury, prognosis, symptoms, impairment, necessity and reasonableness of past and future medical care, medical bills, and economic damages (past and future) |
| 8. | Dr. Angel Rigueras, M.D. | 8333 W. McNab Rd. Ste. 128 Tamarac, FL 33321 | Plaintiff's treating physician, hybrid expert, and retained expert; anticipated to testify as it relates to the Plaintiff regarding diagnosis, treatment, causation of injury, prognosis, symptoms, impairment, |

| | | | |
|---|---|---|---|
| | | | necessity and reasonableness of past and future medical care, medical bills, and economic damages (past and future) |
| 9. | Records/Billing Custodian – Live | Path Medical Center, Inc. - Dade<br>17325 N.W. 27th Ave Suite 111<br>Miami, FL 33056 | Authentication of medical bills and/or records (Plaintiff intends to authenticate the records via agreement or via signed certificates of authenticity instead of live testimony) |
| 10. | Records/Billing Custodian – Live | Hallandale Beach Orthopedics<br>1250 E Hallandale Bch Blvd # 70<br>Hallandale Beach, FL 33009 | Authentication of medical bills and/or records (Plaintiff intends to authenticate the records via agreement or via signed certificates of authenticity instead of live testimony) |
| 11. | Records/Billing Custodian – Live | University Orthopedic Care<br>1903 S. 25th St., Suite 103<br>Fort Pierce, FL 34937 | Authentication of medical bills and/or records (Plaintiff intends to authenticate the records via agreement or via signed certificates of authenticity instead of live testimony) |
| 12. | Kaylee Mensah | 275 NE 18th<br>Miami, FL 33132 | Plaintiff's wife; anticipated to testify regarding Plaintiff's physical condition (before and after fall) and damages |
| 13. | Dr. Curtis L. Beauregard, M.D. | 833 W. McNab Road, Suite 128<br>Tamarac, FL 33321 | Plaintiff's treating orthopedic surgeon, hybrid expert, and retained expert; anticipated to testify as it relates to the Plaintiff regarding diagnosis, treatment, causation of injury, prognosis, symptoms, impairment, necessity and reasonableness of past and future medical care, medical bills, and economic damages (past and future) |
| 14. | M. Morgan, Badge # 7091 of the City of Hallandale Beach Police Department | City Hall,<br>400 N Federal Hwy<br>Hallandale Beach, FL 33009 | Officer that attended scene of crash. Anticipated to testify regarding liability, causation, and damages. |
| 15. | Katia E Loomis | 1631 Plunkett<br>Hollywood, FL 33020 | Anticipated to testify regarding liability, causation, and damages. |

Dated: June 1, 2021

Respectfully submitted,

By: s/Matthew Sean Tucker
Matthew Sean Tucker
Florida Bar No. 90047
Tucker Law ®
200 SE 6TH Street, Suite 405
Fort Lauderdale, FL 33301
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
Matt@TuckerUp.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: s/Matthew Sean Tucker

**Service List:**

Law Office of Ignacio M. Sarmiento
Nicole P. Ramos
Florida Bar No.: 17750
MiamiLegalMail@libertymutual.com
Nicole.Ramos@libertymutual.com
9130 S. Dadeland Boulevard
Miami, FL 33156

MATTHEW J. LAVISKY, ESQ.
Florida Bar No.: 48109
mlavisky@butler.legal
JAMIE COMBEE NOVAES, ESQ.
Florida Bar No.: 108447
jnovaes@butler.legal
Secondary: Ehorton@butler.legal
Hmosher@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900